**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**


LEE EDWARD JONES,

       Plaintiff,

vs.                                                    CASE NO. 5:07cv278/RS-MD

JOHN CORLEY, et al,

       Defendants.

_____/

**<u>ORDER</u>**

       Before me is the Magistrate Judge's Report and Recommendation (Doc. 18).

Plaintiff has not filed objections.

       **IT IS ORDERED**:

       1.      The Magistrate Judge's Report and Recommendation is approved and is

           incorporated in this Order.

       2.      This case is dismissed pursuant to 28 U.S.C. §1915(e)(2)(B)(ii).

       4.      The clerk is directed to close the file.


ORDERED on March 3, 2008.


                /S/ Richard Smoak_____
                **RICHARD SMOAK
                UNITED STATES DISTRICT JUDGE**